FILE COPY



**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 11, 2015

Scott Brumley
Potter County Attorney's Office
500 S Fillmore St., Room 301
Amarillo, TX 79101-2437
\* DELIVERED VIA E-MAIL \*

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
\* DELIVERED VIA E-MAIL \*

**RE:**  Case Number:  07-15-00205-CR, 07-15-00206-CR, 07-15-00207-CR
Trial Court Case Number: 141066, 141094, 141118

**Style:** Daniel Lee Ainsworth v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted.  The brief is due on or before September 9, 2015.

Ordinarily, the Court does not grant requests for subsequent extensions absent good cause.  The Court does not generally consider the normal press of business good cause.  *See Curry v. Clayton*, 715 S.W. 2d 77, 79 (Tex. App.—Dallas 1986, no writ).

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK